IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **8:14CV160** |
| vs. | | |
| $8,000.00 IN UNITED STATES CURRENCY, | | **ORDER** |
| Defendant. | | |

On September 10, 2014, the Court entered an order (filing no. 16) which required the claimant to file an amended response to the government's complaint by October 1, 2014. The claimant has not complied, and has not explained the failure to comply, with this order.

Accordingly,

IT IS ORDERED that Claimant, Howard L. Haymon, is given until November 17, 2014 to show cause why the court should not enter an order of default and dismiss the claim filed by Claimant, Howard L. Haymon. The failure to timely comply with this order may result in dismissal of Haymon's claim without further notice.

October 22, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge