IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>$8,000.00 IN UNITED STATES CURRENCY,<br><br>              Defendant. | 8:14CV0160<br><br>**ORDER** |

      On September 16, 2014, Claimant Howard L. Haymon was ordered to file an amended response to the government's complaint by no later than October 1, 2014. (Filing No. 16). Claimant has failed to comply, or explain his failure to comply, with the court's order.

      On October 22, 2014, Claimant was given until November 17, 2014 to show cause why the court should not dismiss his claim for want of prosecution and he was warned that the failure to comply may result in dismissal of his claims without further notice.

      Claimant Howard L. Haymon has not responded to the show cause order.

      Accordingly,

      IT IS RECOMMENDED to the Honorable John M. Gerrard, United States District Judge, pursuant to 28 U.S.C. § 636(b), that Claimant Howard L. Haymon's claims be dismissed for want of prosecution without further notice.

      The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

November 20, 2014.                           BY THE COURT:

                                                               *s/ Cheryl R. Zwart*
                                                               United States Magistrate Judge