IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>$8,000.00 IN UNITED STATES CURRENCY,<br><br>　　　　　　　Defendant. | 8:14-CV-160<br><br>MEMORANDUM AND ORDER |

　　　　This matter is before the Court on the Magistrate Judge's Recommendation and Order of November 20, 2014 (filing 19) recommending that this Court dismiss claimant Howard L. Haymon's claim for want of prosecution and failure to comply with the Court's previous orders. *See* filings 16 and 17. Haymon has not filed an objection. *See*, 28 U.S.C. § 636(b)(1); NeCivR 72.2. When a party fails to timely object to the findings and recommendation of a magistrate judge, the party waives its right to de novo review by the district court of any portion of the report and recommendation. *United States v. Wise*, 588 F.3d 531, 537 n.5 (8th Cir. 2009). The Court finds that the Magistrate Judge's recommendation should be adopted and Haymon's claim dismissed. Accordingly,

　　　　IT IS ORDERED:

　　　　1.　　The Magistrate Judge's Recommendation and Order (filing 19) is adopted;

　　　　2.　　Haymon's claim is dismissed; and

　　　　3.　　The Clerk shall mail a copy of this Memorandum and Order to Haymon at his address of record.

Dated this 17th day of December, 2014.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*John M. Gerrard*
　　　　　　　　　　　　　　　　　　John M. Gerrard
　　　　　　　　　　　　　　　　　　United States District Judge